# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANNY LORA,
                          Appellant,

vs.

THE STATE OF NEVADA,
                          Respondent.

No. 85515

**FILED**

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se notice of appeal from a purported district court order dismissing a postconviction petition for a writ of habeas corpus. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the notice of appeal on October 11, 2022. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Appellant may file an appeal from a final order of the district court dismissing his petition. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                             Herndon

22-35508

cc: Hon. Steve L. Dobrescu, District Judge
Danny Lora
Attorney General/Carson City
White Pine County District Attorney
Attorney General/Ely
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A